*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

TIMOTHY LENNON,

      Plaintiff-Appellant,

v

EDWARD G. LENNON,

      Defendant-Appellee

UNPUBLISHED
January 20, 2022

No. 355593
Oakland Circuit Court
LC No. 2020-181202-CZ

Before: GLEICHER, C.J., and K. F. KELLY and RONAYNE KRAUSE, JJ.

RONAYNE KRAUSE, J. (*concurring*).

      I concur in result only.

                                       /s/ Amy Ronayne Krause